IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and JAHALA KINSER | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 04-0592-CV-W-DW |
| FORT OSAGE SCHOOL DISTRICT, | ) ) | |
| Defendant. | ) ) | |

# ORDER

Pursuant to the stipulation of the parties (Doc. 121), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. The Clerk of Court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: December 12, 2006